**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1328**

———————

In Re:  ANTHONY E. STEPHENSON,

Debtor.

———————————————————

ANTHONY E. STEPHENSON,

Debtor - Appellant,

versus

JAMES H. LEE,

Creditor - Appellee,

and

MARK M. MALAND,

Trustee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (MC-98-36, BK-87-01521-MN2)

———————

Submitted:  September 30, 1999        Decided:  December 17, 1999

———————

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

------------

Rosbon D. B. Whedbee, Ahoskie, North Carolina, for Appellant. Stephen L. Beaman, Richard S. Wright, BEAMAN & KING, P.A., Wilson, North Carolina, for Appellee.

------------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony E. Stephenson seeks to appeal the district court's order dismissing in part his appeals from the bankruptcy court. The district court's order granted the creditor's motion to dismiss two notices of appeal filed by Stephenson (from the bankruptcy court's March 10 and April 9 orders) but denied the motion as to Stephenson's July 9 notice of appeal from the bankruptcy court's June 29, 1998, supplemental order directing transfer of assets. At the time Stephenson filed this notice of appeal, the district court had not yet entered a final order with respect to the July 9 notice of appeal. Therefore, we dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3